IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| James J. O'Brien, Christine A. O'Brien, and Men Mousenflip, LLC, | C/A No. 3:09-294-JFA |
| Plaintiffs, | |
| v. | |
| Pope & Bowens, P.A., M. Turner Pope, Jr., The Ginn Companies, LLC a/k/a The Ginn Company, Ginn Development Company, LLC a/k/a/ The Ginn Company, Ginn-LA University Club Ltd., LLLP, Ginn University Club GP, LLC, Ginn Cobblestone, LLC, The Urso Company, Inc., and SunTrust Mortgage, Inc., | **REMAND ORDER** |
| Defendants. | |

This matter comes before the court on a consent motion to remand. [dkt. # 40]. The plaintiffs filed the motion, and all parties in the case indicated their consent on the proposed order of remand which was attached to the motion. See [dkt. # 40-2].

The court therefore orders that this matter is remanded to the Court of Common Pleas for Richland County, South Carolina. A certified copy of this order of remand shall be sent by the Clerk of this court to the Clerk of the Court of Common Pleas, Richland County, in the Fifth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

April 6, 2009                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge